

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-19-2004

# Samuel-Bassett v. Kia Mtr Amer Inc

Precedential or Non-Precedential: Precedential

Docket No. 03-1427

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Samuel-Bassett v. Kia Mtr Amer Inc" (2004). *2004 Decisions.* Paper 949.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/949

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

February 13, 2004

No. 03-1427

Shamell Samuel-Bassett
v.
Kia Motors America
(ED PA 01-cv-00703)

Present: McKEE, SMITH and WEIS, Circuit Judges

Letter dated 2/11/04 from Appellee Construed as a Motion to Amend
Published Opinion issued on February 5, 2004.

Phyllis Ruffin 267-299-4918

Answer due 2/27/04
Published Opinion 2/5/04

_____ O R D E R _____

The opinion in this case is amended as follows:

PAGE 11, LINE 11: delete the word "expect" and substitute "except."

PAGE 12, LINE 26: delete the word "recover" and substitute "considered in calculating the jurisdictional amount"

We thank plainitff's counsel for his courtesy in calling our attention to these matters.

By the Court,

Circuit Judge

Dated: FEB 1 9 2004